## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, Michal Doe, Kara Doe and Mark Gottlieb, <br><br> Plaintiffs, <br><br> v. <br><br> Nicole Daedone, Rachel Cherwitz, Rachael Hemsi, Anjuli Ayer, Austin Ayer, Amanda Dunham and OneTaste, Inc., <br><br> Defendants. | CIVIL NO.: 1:24-cv-4434 |

## COMPLAINT

Plaintiffs Jane Doe, Michal, Kara and Mark Gottlieb, by and through their attorneys, for their Complaint against Nicole Daedone, both individually and as CEO of OneTaste Inc., Rachel Cherwitz, Rachael Hemsi, and Anjuli Ayer, Austin Ayer, Amanda Dunham as owners of OneTaste Inc. and OneTaste Inc., (collectively, the "Defendants") allege, on knowledge as to their own actions, and otherwise upon information and belief, as follows:

### INTRODUCTION

1.      Plaintiffs allege Defendants used a scheme, pattern and plan involving coercive and manipulative techniques that caused Plaintiffs to perform thousands of hours of unpaid labor and services by instilling in them a fear that if they did not perform such labor and services, they would endure serious harm, including psychological, financial, and reputational and other non-physical harm. Specifically, Plaintiffs allege that the Defendants violated the Trafficking Victims Protection Reauthorization Act ("TVPRA") by committing, attempting to commit, and conspiring to commit, and/or by participating in a venture that committed, attempted, and

1

conspired to commit, forced labor and sex trafficking against Plaintiffs in violation of Chapter 77 of Title 18 of the United States Code.

2.      Defendants Daedone and Cherwitz were indicted on conspiracy to violate 18 U.S.C. §1589 in violation of 18 U.S.C. §1954(b) in the Eastern District of New York on April 3, 2023.

3.      Defendants Daedone, Cherwitz, Hemsi, also benefited from their participation in the venture, financially and/or by obtaining enhanced status, power, and authority in OneTaste.

4.      Based on their participation and roles in OneTaste all Defendants knew or should have known about the venture's offenses, and all participants in the venture are jointly and severally liable for the harm caused to the Plaintiffs.

5.      Plaintiffs seek compensatory and punitive damages against Defendants under 18 U.S.C. §1595(a), as well as reasonable attorneys' fees, for the injuries inflicted upon them by Defendants, directly and through their venture, in violation of 18 U.S.C. §§1589, 1590, 1591 and 1594.

## JURISDICTION AND VENUE

6.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 and 18 U.S.C. §1595(a).

7.      Venue is proper in this Judicial District pursuant 28 U.S.C. §§1391(b)(2) or (3). OneTaste operated within the Eastern District of New York, a substantial part of the events or omissions giving rise to the claims alleged herein occurred in this District, and all of the Defendants reside in the State of New York. Defendants are subject to general and/or specific personal jurisdiction in this District.

## THE PARTIES

### Plaintiffs

8.      Jane Doe resides in San Francisco, California. Doe was a so called "Member" under the direction of Defendants (and other) leaders of OneTaste.

9.      Michal resides in Kingston, New York. Michal was a so called "Member" under the direction of Defendants (and other) leaders of OneTaste.

10.     Kara resides in Washougal, Washington. Kara was a so called "Member" under the direction of Defendants (and other) leaders of OneTaste.

11.     Mark Gottlieb resides in Pinole, California. Mark was a so called "Member" under the direction of Defendants (and other) leaders of OneTaste.

### Defendants

12.     Nicole Daedone is a resident of New York, New York. Daedone is the founder and *de-facto* head of OneTaste Inc., and all other entities under the OneTaste umbrella. She developed the "curriculum" offered by OneTaste and served as the head "Teacher" at all locations. Daedone was OneTaste Inc.'s Chief Executive Officer (CEO) from 2010 to 2017. Daedone was the primary owner of OneTaste Inc.'s shares until 2017, when she sold them to Anjuli Ayer, Austin Ayer and Amanda Dunham (the "OneTaste Owners"). Daedone continued to teach OneTaste courses under "The Eros Platform" brand, until her arrest. Daedone was indicted on conspiracy to violate 18 U.S.C. §1589 in violation of 18 U.S.C. §1954(b) in the Eastern District of New York on April 3, 2023, and arrested on June 6, 2023.

13.     Rachel Cherwitz is a resident of New York, New York. From 2009 until 2023, Cherwitz was, as further described below, a member of the "Inner Circle" of OneTaste. Cherwitz was OneTaste Inc.'s head of sales from 2009 to 2017. Cherwitz was indicted on conspiracy to

3

violate 18 U.S.C. §1589 in violation of 18 U.S.C. §1954(b) in the Eastern District of New York on April 3, 2023, and arrested on June 6, 2023. As of September 6, 2023, Cherwitz was featured on the OneTaste website as an instructor of certain art-related courses offered over "The Eros Platform".

14.     Rachael Hemsi is a resident of New York, New York. Between 2006 and 2023, Hemsi was a member of the Inner Circle of OneTaste. Hemsi was the Director of Regional Sales for OneTaste Inc. from January of 2006 until 2017, and directed OneTaste's activities in Europe and San Francisco including at the OneTaste house located at 1080 Folsom Street in San Francisco.

15.     Anjuli Ayer is a resident of Garden City, New York. She purchased OneTaste Inc. in a stock acquisition in 2017 with Austin Ayer and Amanda Dunham (the "OneTaste Owners").

16.     Austin Ayer is a resident of New York, New York. He purchased OneTaste Inc. in a stock acquisition in 2017.

17.     Amanda Dunham is a resident of Philo, California. She purchased OneTaste Inc. in a stock acquisition in 2017.

18.     OneTaste, Inc. was a privately held California corporation with its principal place of business in San Francisco, California. From 2010 to 2017, Defendant Daedone controlled OneTaste Inc. In 2017, when reports of an FBI investigation into OneTaste became public, Anjuli Ayer, Austin Ayer and Amanda Dunham (the "OneTaste Owners") purchased OneTaste Inc. in a stock acquisition.

## FACTS

### OneTaste

19.     OneTaste is the brainchild of Defendant Nicole Daedone, created to function as an instrumentality through which to carry out unlawful acts in furtherance of the venture and conspiracy described and defined herein.

20.     Between 2004 and 2010, OneTaste operated as an unincorporated business. Beginning in 2010, Daedone and others formed OneTaste Inc., a privately held California Corporation. Upon its formation, OneTaste continued to operate in the same manner as prior to its incorporation. "OneTaste" as used herein, therefore, refers to the predecessor organization and the company and its affiliates, as described herein.

21.     OneTaste operated in several locations: New York, New York; San Francisco, California; Los Angeles, California; Denver, Colorado; Boulder, Colorado; Austin, Texas and London, United Kingdom.

22.     OneTaste Inc. promoted itself as a platform established by Daedone to rekindle participant's "connection with intimacy, sexuality, and each other." Defendants falsely claimed that OM had scientifically proven benefits and described Orgasmic Meditation (OM), a partnered practice that involved a man stroking a woman's genitals for 15 minutes, as a contemplative discipline that had "sparked substantial research into the intersection of sexuality and human flourishing, with science proving OM's significant impact on emotional health and inducing transcendental experiences."

23.     The claim that OM had scientific benefits was a false, misleading, and deceptive statement that was intended to, and did, induce, entice, and persuade people to spend vast sums of money to unwittingly subject themselves to intimate sex acts in order to be cured of all their

troubles and suffering. Thousands of people, including Plaintiffs, were bilked out of substantial sums of money in the process – leading in many cases, to financial devastation, impoverishment, and bankruptcy.

24.     OneTaste Inc. purported to be a sexuality-focused wellness education company whose courses and programs helped people increase their self-confidence and have better sexual experiences and deeper interpersonal relationships. In reality, OneTaste sold recruits the opportunity to engage in sex acts with Members for a fee.

25.     Defendants spawned new programs, and created new companies under the umbrella of OneTaste to offer them. Corporate formalities were disregarded, in large part because the ever-expanding universe of companies was a growing set of interchangeable instrumentalities through which Defendants could move funds, write letters in support of visas, and perpetrate the wrongdoing set forth herein.

26.     No consequential decisions were ever made by anyone in the venture without consulting and obtaining approval from Daedone, who directed the management and operation of OneTaste and all other OneTaste-related entities.

27.     Daedone selected a handful of close lieutenants to serve as leaders of OneTaste. Together, Daedone and the lieutenants she selected comprise OneTaste's "Inner Circle." The Inner Circle managed the day-to-day affairs of OneTaste (including but not limited to collecting tuition and other fees, leading and teaching courses ("Courses") and enforcing OneTaste's rules), and were the beneficiaries of OneTaste's spoils. At all relevant times, Defendants Daedone, Cherwitz and Hemsi were members of the Inner Circle. All references hereinafter to the Inner Circle include the Defendants Daedone, Cherwitz and Hemsi.

28.     The primary purpose of OneTaste and the Inner Circle was to make money. OneTaste and the Inner Circle recruited the Members to attend Courses, engaged in manipulation and coercive tactics to retain Members and benefitted financially through tuition payments, and labor performed by the Members, as described in further detail below.

29.     OneTaste and Inner Circle subjected Members including Plaintiffs to economic, sexual, emotional and psychological abuse; surveillance; indoctrination and intimidation in furtherance of their scheme.

30.     OneTaste held recruitment events where Teachers promoted the $199 Introduction to OM class, and Courses to members of the public. OneTaste events also featured games that encouraged participants to divulge intimate personal details that Teachers used to sell Courses to them.

31.     At the direction of OneTaste and the Inner Circle, the Members participated in Courses, and "intensives" as well as numerous other activities and events. Plaintiffs and other Members that wanted to become coaches and have coaching clients also purchased expensive coaching programs. Courses cost hundreds to tens of thousands of dollars each, and some Members spent all their income and savings on OneTaste's Courses. OneTaste and the Inner Circle stressed that in order for the Plaintiffs and other Members to gain the full psychological benefits of the Courses, the Members needed to repeat them. OneTaste taught that money was an "emotional obstacle." The Inner Circle pressured participants who couldn't afford Courses to finance them and go into debt. Failure to take Courses and participate in activities and events led to public reprimand and expulsion. Joanna Van Vleck, president of OneTaste from 2013 to 2015, acknowledged that "We took money from people that we shouldn't have".[1]

---

[1] Ellen Huet, *The Dark Side of the Orgasmic Meditation Company*, BLOOMBERG (June 18, 2018), https://www.bloomberg.com/news/features/2018-06-18/the-dark-side-of-onetaste-the-orgasmic-meditation-company

32.     OneTaste also sold $60,000 yearlong memberships that gave purchasers access to unlimited OneTaste courses and a guaranteed seat in the front row, i.e. proximity to Defendant Daedone.[2]

33.     During the period from 2010-2017, OneTaste hosted approximately 35,000 people at in-person events, including over 16,000 people at full-day or longer classes and 1,400 people at multi-month courses.[3]

34.     Most of the members of the Inner Circle were also teachers ("Teachers"). Defendants Cherwitz and Hemsi served as Teachers.

35.     Defendant Cherwitz used fraudulent promises of career advancement, including promising Members that they could earn commissions by selling OneTaste's Courses or as coaches to coerce individuals to perform labor and engage in commercial sex acts. Cherwitz also coerced OneTaste members into depleting their savings and going into debt to purchase OneTaste Courses and used, among other means, their financial dependence on OneTaste to obtain their labor and force them to engage in commercial sex acts.

36.     Cherwitz also surveilled members who lived at OneTaste Houses, residences leased by OneTaste where employees lived communally, including the warehouse located at 1080 Folsom Street and in Bernal Heights in San Francisco, to make sure members were immersed in and indoctrinated by OneTaste.

37.     Salespeople were trained to use high pressure sales tactics to target socially awkward but wealthy men who worked in tech to purchase courses, and young beautiful women

---

[2] Ellen Huet, *The Dark Side of the Orgasmic Meditation Company*, BLOOMBERG (June 18, 2018), https://www.bloomberg.com/news/features/2018-06-18/the-dark-side-of-onetaste-the-orgasmic-meditation-company
[3] MTD ECF 69 at 9

to partner with them for OMs. Salespeople would lavish their attention on individuals who purchased courses and withdraw their attention from those who failed to make purchases.

38.     At the direction of OneTaste and the Inner Circle, the Plaintiffs and Members performed labor and services without compensation, including but not limited to physical labor in New York and California; recruitment of new prospective Members; elaborate preparation for events; participation at Courses; cooking, and cleaning. At all relevant times, Defendants Daedone, Cherwitz and Hemsi directed the Members to perform these and other labor and services without compensation.

39.     Defendants Daedone, Cherwitz and Hemsi promoted OneTaste courses as having the ability to heal past sexual trauma and dysfunction, and recruited individuals who had suffered past trauma to participate in OneTaste.

40.     OneTaste and the Inner Circle told the Plaintiffs and other Members that they should "trust in their Teachers," be forthright with the Teachers and reject any contrary advice from individuals outside of OneTaste, and offered "suggestions" to the Members. Refusal to follow any "suggestions" from the Teachers – and from Defendants Daedone, Cherwitz and Hemsi–would result in OneTaste publicly labeling the Member as "willful" or "spiteful" and the Member's conduct as evidence of deep personal negativity and hostility to the purported good intentions of OneTaste. Defendants did not permit dissent. When Members declined to participate in sex acts, Defendants chastised, humiliated, embarrassed and withheld pay from Members.

41.     OneTaste and the Inner Circle made clear to the Plaintiffs and other Members that they should cede control over their personal decisions to OneTaste and the Inner Circle. Daedone, together with the Inner Circle, commanded Members who to date and have sex with,

when and who to marry, whether or not to have children, whether or not to give up custody of their children, when to pay and how much to pay in child support, when to shun their children, and when to divorce. To maintain control and ensure that the Members adhered to her whims, Daedone engaged in unpredictable and outrageous conduct, and in an instant, would upend the lives of her Members by making a demand of the Members regarding their personal lives or employment in OneTaste.

42.    Defendants told Members that to devote themselves to the OM lifestyle they would need to reexamine preconceived notions about sexuality and engage in exploration and experimentation regarding sex and relationships. OneTaste promoted the philosophy that women's sexuality is a source of power, strength, and liberation from oppressive social forces, and encouraged Members to explore their desires free from the "stigmas, shame, and inhibitions that societal norms tend to impose in general, but especially on women when it comes to their sexuality".[4] This philosophy was used to erode the Members' boundaries and condone instances of sexual abuse, and physical abuse.

43.    OneTaste and Inner Circle including Daedone and Cherwitz instructed members, including Plaintiffs, to live in communal homes leased and managed by OneTaste and subjected them to constant surveillance. The Inner Circle instructed Plaintiffs to sleep in shared assigned beds, and eat, work and travel in groups, rendering Members dependent on OneTaste for their shelter and necessities and limiting their independence and control.

44.    Members who paid to participate in OneTaste Courses and programs and resided at OneTaste houses were required to do daily OMs, group OMs, assignments, write fear inventories, and participate in coaching groups where coaches reinforced OneTaste's teachings.

---

[4] Memorandum in Support re Joint Motion to Dismiss or, in the alternative, Motion for a Bill of Particulars at 7, USA v. Cherwitz et al., No. 23-00146 (E.D.N.Y. Jan. 16, 2024) ECF No. 69.

45.     OneTaste and the Inner Circle instructed Members to limit contact with people outside of OneTaste and Members severed ties with their family members, and friends.

46.     OneTaste and the Inner Circle instructed Members to divulge sensitive information about their past trauma, sexual histories and relationships as a means of controlling the Members. Daedone and Cherwitz then used such information to render the Members emotionally, socially and psychologically dependent on OneTaste.

47.     OneTaste and Inner Circle instructed Members who lived in OneTaste houses to take part in a 12-step program of some kind, like Alcoholics Anonymous, or Sex and Love Addicts anonymous, Co-dependents Anonymous, to address their supposed addictions to the behaviors that were impeding their personal development and relationships with other people. OneTaste used 12-step program teachings to encourage Members to share intimate details about themselves. OneTaste also used the 12-step program philosophy of making amends for failings as a means to control Members.

48.     After establishing the Members' loyalty and compliance through these methods, Daedone and Cherwitz engaged in abusive practices. Defendants promised to pay Members wages and commissions for work but subsequently refused to pay the amounts owed, and changed their titles and responsibilities, or relocated them to another OneTaste center without advance notice as a means of rendering the Members dependent on OneTaste for their livelihoods.

49.     Daedone and Cherwitz also demanded that Members engage in commercial sex acts as part of their employment. Cherwitz and Daedone recruited and groomed Members to engage in sexual acts with OneTaste's current and prospective investors, clients, employees and beneficiaries, for the financial benefit of OneTaste and, in turn, themselves.

11

50.     Daedone and Cherwitz demanded absolute commitment to Daedone, including by exalting Daedone's teachings and ideology. As part of this ideology, Cherwitz and Daedone instructed the Members to engage in sexual acts—including acts the members found uncomfortable or repulsive as part of a so-called "aversion practice"— as a requirement to obtain freedom and enlightenment and demonstrate their commitment to OneTaste and Daedone. OneTaste also condoned physical abuse. Domestic violence was characterized as one partner (always male) letting out their aggressive desire, or "beast", and OneTaste taught that victims had nonverbally communicated the desire for their partners to physically abuse them. In some instances, physical and sexual abuse led to severe physical and psychological injuries.

51.     Daedone and the Inner Circle praised and rewarded Members that paid to participate in, or sold OneTaste courses and programs with access to Daedone and status in OneTaste.

52.     When members expressed any dissent, Daedone and Cherwitz shamed, humiliated and retaliated against them.

53.     OneTaste also ostracized former Members. After Members voluntarily or involuntarily left, OneTaste and the Inner Circle would publicly denigrate and criticize those Members.

54.     Defendants also harassed and intimidated perceived enemies and critics of Daedone and OneTaste thereby making an example of them and sending a warning to potential defectors or detractors. For example, the Institute of OM filed a defamation lawsuit in the United Kingdom relating to a BBC podcast made about OneTaste, which Daedone, Cherwitz and OneTaste Inc. later moved to join, and OneTaste Inc. has filed a lawsuit in state court in California against a former OneTaste employee, alleging breach of her non-disclosure agreement.

55.     Members were also promised that they could become coaches on completion of the coaching program and coaching hours, and earn a living. However, members never attained the rank of "coach" because Cherwitz kept changing the requirements to become a coach. Staff worked on commission, earning a few hundred dollars a month. Cherwitz claimed to bring in four million dollars annually, however she stated that she had renounced commissions and expected her staff to do the same. When Members complained that they had not been paid, Daedone and Cherwitz publicly shamed them.

**Financial Benefits and Other Things of Value to the Inner Circle**

56.     Defendants Daedone, Cherwitz, and Hemsi received one or more things of value as a result of their leadership and participation in OneTaste.

57.     As a result of her leadership and participation in OneTaste, Daedone benefitted financially and benefitted by receiving things of value including but not limited to millions of dollars, free labor performed by the Members, real property purchased by the Members, meals prepared by the Members, personal assistant and cleaning services performed by the Members, the authority to make demands of the Members at all times during and outside of courses, services performed by Members during events, courses and programs, and an otherwise privileged status within OneTaste.

58.     Daedone's primary source of income was from her leadership of OneTaste.

59.     At the time of her arrest Daedone resided in a $6.8 million ranch, which was purchased by "The Land LLC," a nominal entity created by members of the Inner Circle.

60.     The receipt of money and unpaid labor also enabled Daedone to maintain power over every aspect of OneTaste's global operations, and influence over members, including celebrities who joined and promoted OneTaste publicly.

61.     As a result of their leadership and participation in OneTaste and membership in the Inner Circle, the defendants Cherwitz and Hemsi benefitted financially and benefitted by receiving things of value including but not limited to a salary for their roles as Teachers and enforcers, labor and services that were performed by the Members without compensation, the authority to make demands of the Members, and an otherwise privileged status within OneTaste.

62.     As a result of their leadership and participation in OneTaste and membership in the Inner Circle, Defendants Cherwitz and Hemsi benefitted by receiving things of value including but not limited to opportunities for sexual and romantic relationships with Members, Teachers and other members of the Inner Circle sanctioned by Daedone. For example, at different times, Hemsi was married to Williams, another member of the Inner Circle; Hemsi also had sexual relationships with other members of the Inner Circle, Teachers and Members.

63.     Defendant OneTaste Inc. knowingly obtained valuable benefits, including but not limited to financial enrichment, and free labor and services, including at Defendant OneTaste Inc.'s centers in New York and California.

64.     Daedone's conduct was known to the corporate defendant, who was employed by Daedone or worked at her direction for the exclusive purpose of assisting Daedone in obtaining the labor of members by threat of serious harm, enabling Daedone's activities.

U.S. Department of Justice conducted a criminal investigation

## Criminal investigation and Charges

65.     On April 3, 2023, a grand jury in this District issued an indictment charging Daedone and Cherwitz with forced labor conspiracy, in violation of 18 U.S.C. § 1594. See ECF Dkt. No. 1 (the "Indictment").

66.    During the pendency of the Department of Justice's pre-indictment investigation, the OneTaste Owners indemnified Defendants Daedone and Cherwitz and paid their legal fees. Defendant Anjuli Ayer paid Cherwitz's legal fees post indictment. Ayer also covered up OneTaste's illegal conduct. When Plaintiff Michal spoke out publicly about the abuse she had suffered in OneTaste, Ayer coauthored magazine articles attempting to discredit Michal.[5]

## Jane Doe

67.    Justine Dawson and Marc Quinn, the Directors of OneTaste's center in London and members of the Inner Circle, and a Member, recruited Plaintiff Jane Doe to purchase a OneTaste training.

68.    Jane Doe purchased and participated in the training and the OM.

69.    Jane Doe was told by Inner Circle members that it wouldn't be possible to commit to OneTaste without moving into a OneTaste house where Members of OneTaste lived communally.

70.    Jane Doe attended recruitment events where Teachers encouraged her to share intimate details about her personal and sexual experiences, including any past trauma. As a result of this coercion, Jane Doe shared that she had been physically abused and that she had a complicated relationship with her family. Unbeknownst to Jane Doe, the Teachers recorded this information and later manipulated her into taking expensive programs, which were marketed as the cure for her problems.

71.    When Jane Doe began to feel emotionally unstable because of her participation in OneTaste, the Inner Circle member Dawson told her that this was normal and recommended that

---

[5] Anjuli Ayer, Amanda Dunham & Austin Ayer, *Part 7: The Truth About Michal pt. 1 (Bloomberg)*, ONETASTE, (Oct. 29, 2022), https://read.onetaste.us/part-7-the-truth-about-michal-pt-1-90fa4c06c277; Anjuli Ayer, Amanda Dunham & Austin Ayer, *Part 8: The Truth About Michal pt. 2 (Bloomberg)*, ONETASTE, (Oct. 29, 2022), https://read.onetaste.us/part-8-the-truth-about-michal-pt-2-5974f69ac37e

Jane Doe publish the private messages she had shared with Dawson about her experience as posts on OneTaste's social media pages so that other members could validate her experience.

72.    Jane Doe was told that Members were required to journal about their fears and insecurities ("fear inventory"). The requirement to write a fear inventory and read it to a coach was a component of the recruitment process used by OneTaste, and all new Members were assigned a coach when they first started to participate in Courses led by OneTaste. Jane Doe's coach reported back to the leaders of OneTaste and members of the Inner Circle, including Daedone, about what Jane Doe had told the coach about herself and OneTaste and members of the Inner Circle used that information to retain Jane Doe as a Member.

73.    The OMs brought up past trauma for Jane Doe and led Jane Doe to become depressed. Jane Doe confided in Dawson, who directed Jane Doe to continue to write fear inventories. The Inner Circle members Crann, Dawson and Quinn offered Jane Doe their support and invited her to OneTaste events. Mistaking their interest in her for genuine care, Jane Doe decided she wanted to obtain the benefits of OM and live in a supportive community of women, as it was described to her by Dawson, in a OneTaste house.

74.    Dawson introduced Jane Doe to Defendant Rachael Hemsi, who had travelled to London to promote OneTaste. Jane Doe's grandfather had recently died, her relationship with her family was strained and she was feeling lonely and vulnerable. Jane Doe confided this to Hemsi who invited Jane Doe to move into the OneTaste house in London. Jane Doe had been at the OneTaste house for a week when Hemsi and Cherwitz recruited Jane Doe to participate in a OneTaste coaching program scheduled to take place in New York. The program cost $15,000 and Jane Doe paid a $1,000 deposit.

75.     Hemsi failed to disclose to Jane Doe that OneTaste and Inner Circle that operated OneTaste engaged in wide-scale deception and manipulation; that OneTaste and the Inner Circle that operated OneTaste required Members to pay tens of thousands of dollars in tuition and fees; and OneTaste and the Inner Circle that operated OneTaste coerced Members to perform extensive labor for the benefit of OneTaste and the Inner Circle.

76.     Hemsi told Jane Doe that it was a privilege to live in a OneTaste house and offered to "pull strings" to get Jane Doe a room at the OneTaste house in San Francisco.

77.     When a room at the OneTaste house in San Francisco became available. Jane Doe put her business on hold, terminated her lease and moved into the house for the following three months.

78.     The OneTaste house had sixty other OneTaste residents. Hemsi instructed the house manager to assign Jane Doe to share a room with Maya Gilbert, a OneTaste employee.

79.     Residents of the house, including Jane Doe, were required to adhere to a strict schedule of "morning practice" which consisted of two 15-minute-long OMs, spend two hours a day writing fear inventories and read the entries to OneTaste executives, participate in OneTaste recruiting events, and "evening practice" which consisted of two 15-minute-long OMs.

80.     Jane Doe decided to withdraw from the coaching program. When Jane Doe notified Cherwitz that she had withdrawn from the program, Cherwitz and other OneTaste executives shunned Jane Doe.

81.     OneTaste and the Inner Circle publicly, and brutally, reprimanded the Members for perceived transgressions in a manner that left Members feeling shame and humiliation. These reprimands happened in front of the other Members and the shame and humiliation were

amplified because the other Members, having been conditioned to do so, often joined in on the reprimands.

82.    During Courses and other events orchestrated by OneTaste, OneTaste and the Inner Circle used a classic combination of coercive and manipulative tactics to isolate Jane Doe from her family, friends and business colleagues, indoctrinate Jane Doe in the protocols of OneTaste, and ultimately to wholly enmesh Jane Doe's livelihood with that of OneTaste.

83.    By and through the design of OneTaste and the Inner Circle, Jane Doe distanced herself from her immediate family and lost substantive contact with close friends from outside OneTaste.

84.    By and through the design of OneTaste and the Inner Circle, Jane Doe's family and previously-close friends were replaced by relationships with other Members of OneTaste.

85.    Jane Doe did not want to OM with male members of OneTaste who threatened her and appeared to have anger issues. Jane Doe was also uncertain about having romantic and sexual relationships with Members. OneTaste Teachers assured her that initial discomfort was common among residents of the OneTaste house and downplayed her concerns.

86.    OneTaste taught that sex was the solution to everything, and Jane Doe observed that members who described any reaction to OneTaste courses and programs, whether positive or negative, were told to have sex. Members were encouraged to have "make outs" with each other and walk around naked, and sex acts between Members were rampant. No advice about seeking consent or safe sex was provided to Members, and several members developed sexually transmitted diseases (STDs).

87.    While at the OneTaste house in San Francisco, Jane Doe was convinced to sign up for the coaching program. Cherwitz told Jane Doe that if she participated in the coaching

18

program and met the coaching requirement of 100 hours, she could be certified as a coach and earn money by providing coaching services to other Members. Reluctantly, Jane Doe signed up and paid $7,000 for the coaching program.

88.     OneTaste orchestrated a romantic relationship between Jane Doe and another Member, in order to further isolate Jane Doe from her family and friends outside OneTaste and to entrench her in OneTaste.

89.     Jane Doe's US visa was about to expire, so she planned to return to London. Jane Doe terminated her lease in London when she moved into the OneTaste house in San Francisco, so she asked Hemsi's permission to move into the OneTaste house in London. However, Hemsi refused to approve the request until days before Jane Doe was scheduled to depart from San Francisco and arrive in London.

90.     On returning to London, Jane Doe moved into the OneTaste house in London. Jane Doe paid OneTaste £500 per month in rent and £250 for the mandatory meal plan. However, she did not have any privacy.  Jane Doe was required to share a room with three other Members, and even share a bed with another Member. Hemsi also pressured Jane Doe to dispose of the belongings that she had put in storage, so she could commit to the OneTaste communal living arrangement.

91.     During this period, Jane Doe worked between twelve to eighteen hours a day for OneTaste. Jane Doe cleaned the OneTaste house, purchased groceries, and cooked three meals a day for the twelve other residents. Jane Doe engaged in OM twice each morning and night. Jane Doe wrote a fear inventory for two hours each day, and read the entries to OneTaste executives including Hemsi, Quinn and Dawson. Jane Doe participated in events, courses and programs for Members. Jane Doe also set up, participated, and broke down OneTaste events held to recruit

members of the public and participated in meetings to generate sales leads for OneTaste courses and programs. Jane Doe was also required by OneTaste to participate in the "How to OM" classes and OM with male participants who had paid to participate because there were insufficient female participants for them to OM with. OneTaste did not pay Jane Doe for her services, or pay Jane Doe commissions for Members that she enrolled in OneTaste events, courses or programs. Given the demands of OneTaste, Jane Doe was unable to obtain employment outside OneTaste.

92.     In sum, Jane Doe performed the labor and services described herein because she feared that if she did not, OneTaste and the Inner Circle would (a) publicly reprimand her, leaving her humiliated; (b) tell her that she could no longer be a Member and the other Members would not be permitted to have any communication with her, leaving her virtually alone, without her support network, and, once she completed the coaching program and was able to begin coaching clients for a fee, without her coaching clients, which would cause her a significant financial strain, (c) OneTaste might disseminate the sensitive information that she had shared with it over the years, including that she was abused as a child, which collectively and in isolation amounted to serious harm as defined in 18 U.S.C. § 1589(c)(2).

93.     Accordingly, as a result of the scheme, pattern and plan by OneTaste and the Inner Circle to use coercive and manipulative tactic the Members including Jane Doe closely adhered to the rules prescribed by OneTaste and Inner Circle, slowly grew extremely dependent on OneTaste and performed the labor and services at the direction of OneTaste and Inner Circle.

94.     Defendants Daedone, Cherwitz and Hemsi should have known or recklessly disregarded that Jane Doe performed the labor and services described herein and that she did so on account of the intentional scheme to use a plan pattern and scheme of manipulative and

coercive tactics to make Jane Doe believe that if she did not perform labor and services she would be subjected to serious harm, including as described above.

95.    On one occasion, another resident of the OneTaste house, sexually assaulted Jane Doe at the OneTaste house in London. He put her hand on his penis and held it there, even as Jane Doe said she did not want to have sexual contact with him and physically pulled away from him. Jane Doe did not report the assault to OneTaste executives or the authorities because she was afraid that OneTaste executives would blame and further traumatize her.

96.    Jane Doe learned that her partner had been unfaithful to her, and she decided to end their relationship and withdraw from the coaching program. Hemsi threatened that if Jane Doe withdrew from the coaching program and participation in OneTaste, she would not be permitted to reside at the OneTaste house in London and would be homeless. Hemsi pressured Jane Doe to stay in OneTaste her to sign up for additional OneTaste programs. Cherwitz, Hemsi, and other members of the Inner Circle  blamed Jane Doe for causing the breakdown of her relationship.

97.    Jane Doe's partner persuaded Jane Doe not to end the relationship and to stay in OneTaste. Jane Doe did not have any income or ability to work in the United States to pay to rent a room at the OneTaste house in San Franciso, so her partner paid for her flight and paid for part of Jane Doe's rent to entice her to return to San Francisco and stay in OneTaste.

98.    On returning to the United States, Jane Doe moved into the OneTaste house in San Francisco where she was required to resume the regimen of morning and evening OMs, writing fear inventory, and working at events. Jane Doe was also required by OneTaste to participate in the "How to OM" classes and OM with male participants who had paid for the

classes because there were insufficient female participants for them to OM with. Jane Doe was not paid for her labor.

99.    OneTaste held an OM Experience ("OMX") conference, in California. Jane Doe worked 16 hours per day that weekend. Jane Doe was not paid for her labor.

100.    OneTaste taught that members could resolve disputes in one of two ways: "fuck or fight", and normalized verbal and physical abuse. Doe's partner frequently verbally abused Jane Doe in public, but instead of reprimanding him, OneTaste executives asked Jane Doe how she had caused the abuse.

101.    OneTaste failed to provide instructions on obtaining informed consent, OneTaste taught men to disregard verbal consent from women. OneTaste taught that "No" meant "Yes" and men know when women want to be violated.

102.    On one occasion, when Jane Doe withdrew consent during sex, her partner raped her. Jane Doe did not report the rape to OneTaste leaders because she was afraid that they would blame her for causing the rape.

103.    Jane Doe's partner ended the relationship with Jane Doe. Jane Doe had been sharing a room with him. She was unable to afford a private room, so she found another Member to share a room with. Daedone instructed Jane Doe's partner to resume his relationship with Jane Doe and he complied.  A few weeks later he again ended his relationship with Jane Doe.

104.    Jane Doe participated in the coaching program taught by Defendants Daedone, and Cherwitz and other Teachers. The program was held over three days each weekend over a period of ten months. Each day was twelve hours long. Jane Doe and other participants were required to OM at the start of each day of the weekend.

105.    Jane Doe had entered the United States as a visitor on three occasions to participate in the coaching program and was concerned that she would not be permitted to enter the United States a fourth time.

106.    OneTaste offered Jane Doe a position with a nonprofit incorporated in 2002 with Daedone as a Director under the name Fill Up America. Jane Doe applied for a B1 visa. Hemsi drafted a letter in support of Jane Doe's B1 visa application and provided Jane Doe a letter on Fill Up America's letterhead, signed by the Secretary of Fill Up America.

107.    Jane Doe obtained a B1 visa and entered the United States.

108.    OneTaste promised to pay Jane Doe's rent in exchange for her labor. When OneTaste failed to pay Jane Doe's rent she confronted Dawson, who shamed Jane Doe. OneTaste's legal counsel, threatened to withdraw Fill Up America's letter of support for Jane Doe's B1 visa if her work did not meet OneTaste's standards. OneTaste utilized the B1 sponsorship process to force Jane Doe to continue working, by threatening to discontinue the sponsorship, which would have subjected her to deportation.

109.    Jane Doe performed services for Fill Up America and its transition to the OneTaste Foundation. Jane Doe researched fundraising platforms and their requirements; wrote copy; created video testimonials and selected content for the foundation's website and branding; created and circulated promotional materials; created and promoted pages on social media; designed products to raise money at OneTaste events; manned booths at OneTaste events; participated in fundraising meetings and prepared meeting minutes; coordinated with past donors and other foundations, solicited donations from individuals and organized fundraising events. Jane Doe was not paid for this work.

110.    Defendant Hemsi pressured Jane Doe to sign up for more programs. On one occasion Hemsi pressured Jane Doe to ask her uncle to pay $20,000 for a program. When he refused, Hemsi pressured Jane Doe to charge the amount to the credit card that Jane Doe had on file for her uncle, without his authorization. Jane Doe refused and paid $5,000 as a deposit for the program from her savings.  At Daedone's behest, Hemsi instructed Jane Doe to sign an agreement stating that the deposit was non-refundable. Jane Doe refused to sign the agreement.

111.    The program had been advertised as a twenty-day long program during which participants would get one-on-one time with Daedone. When Jane Doe learned that the program would run for fourteen days instead of twenty, and that there would be twenty seven other participants instead of an intimate group, she complained that the length and nature of the program had been misrepresented. Daedone rebuked Jane Doe, and Jane Doe was intimidated and apologized. Jane Doe withdrew from the program and sought a refund. OneTaste refused to refund her deposit.

112.    Jane Doe began a relationship with another member of OneTaste. On one occasion, he strangled Jane Doe. Jane Doe reported the assault to Dawson and Cherwitz. Instead of reprimanding him or reporting the assault to the police, they blamed Jane Doe for causing the assault and proposed that Hemsi coach Jane Doe and her partner.  Dawson recommended that Jane Doe and her partner separate for a few days, so he left the OneTaste house after the assault but was permitted to move back in a few days later.

113.    After a participant in OneTaste alleged that she had been raped at a OneTaste house in Austin, Texas, OneTaste terminated the lease at Folsom Street. Members in San Francisco leased a residence in Bernal Heights. The house was managed by Erik Bass, a OneTaste employee. Jane Doe moved into the Bernal Heights house.

114.    After Jane Doe started to participate in more Courses, Jane Doe internalized and adhered to the rules of OneTaste that precluded Members from questioning OneTaste, the Teachers or their methods and understood that those rules precluded Jane Doe from searching for derogatory information about OneTaste, the Teachers or their methods. Additionally, Daedone discredited former Members, describing them as weak, and dismissed the allegations that OneTaste was a cult, and in fact wore a t-shirt that she had printed with the word "cult" on it.  In fact, the indoctrination methods used by OneTaste and the Inner Circle were so effective that Jane Doe dismissed the derogatory information she read as false.

115.    Eventually, Jane Doe started to become disillusioned with OneTaste. As a result of a combination of circumstances including being reprimanded, shamed and humiliated by Cherwitz for failing to continue the regimen of daily OMs, fear inventories and participate in events, Jane Doe was for the first time open to the idea of ending her affiliation with OneTaste.

116.    Jane Doe moved out of the OneTaste house and stopped paying for and participating in OneTaste events, courses and programs and left OneTaste quietly. OneTaste staff continued to contact Jane Doe and pressure her to be involved in OneTaste and participate in its events, courses and programs.

117.    When Jane Doe left OneTaste, the other Members ceased having contact with her and her coaching clients terminated their coaching relationship with Jane Doe and Jane Doe lost virtually her entire income.

118.    Jane Doe spent tens of thousands of dollars on OneTaste and suffers from PTSD because of her membership in OneTaste.

119.    Prior to her escape Jane Doe was prevented from asserting the claims herein.

120.    First, Jane Doe could not assert the claims because Jane Doe did not comprehend that she was the object of coercive and manipulative tactics by the Defendants. As a result of those coercive and manipulative tactics, in isolation and in combination, including having been taught to accept instructions from OneTaste, and the Defendants, and to never question the validity of the means and methods of OneTaste, or the Defendants, Jane Doe did not understand that OneTaste, and the Defendants had intentionally devised and executed a scheme to deceive and manipulate her in order to cause her to perform labor and services that are detailed herein until well after she left OneTaste. In fact, it was not until after Jane Doe distanced herself from OneTaste, started to speak with former Members and performed self-reflection that Jane Doe started to appreciate that OneTaste, and the Defendants had intentionally devised and executed a scheme to deceive and manipulate her in order to cause Jane Doe to perform labor and services that are detailed herein.

121.    Second, Jane Doe could not assert the claims because extraordinary circumstances beyond her control made it impossible to file the claims prior to then, i.e., her substantial and well-grounded fear that if she did so, she would endure serious harm (i.e., the same serious harm that caused her to perform the labor and services and is detailed herein). Jane Doe was aware that when another Member left OneTaste, some members of the Inner Circle had threatened to ostracize them and her knowledge of that threat also contributed to her fear that serious harm would come to her should he choose a similar path and leave OneTaste and speak negatively about OneTaste. Accordingly, until at least Daedone and Cherwitz' arrests, Jane Doe harbored a substantial and well-grounded fear that she would endure serious harm if she disclosed in a public court filing the means and methods of the operation of OneTaste as described herein, as would be required for Jane Doe to bring the claims. Her fear was, in fact, well-grounded because

many of the very things she feared would happen if she left OneTaste in fact happened after Jane Doe escaped.

## Michal

122.    An individual recruited Plaintiff Michal to participate in a class at OneTaste.

123.    When Michal was recruited, she was struggling with intimacy and mental health issues.

124.    Michal paid $195 and participated in an Intro to OM class in New York. Approximately eighty-five members were present. Defendant Rachel Cherwitz, a member of the Inner Circle and her husband Hamza Tayeb taught the class. Cherwitz described how she had been looking for something more in life and had found it in OneTaste. She told the audience that before OM she was "inorgasmic," and that OM was a way of living, talking, and relating to others.

125.    Michal also participated in her first OM during the class, but she did not find it appealing. However, Cherwitz told the participants that it would take repetition for OM to be effective and encouraged them to purchase the OM Practice Club or "OPC club" to continue learning how to OM. The club was purportedly designed to teach people how to OM and how to use the practice in everyday life. To entice Members to join, the club included free lectures on "advanced" OM or support group style seminars where participants shared their deepest secrets, fears, and traumas—which were used by the Inner Circle to exploit them emotionally and financially. The club met every Tuesday evening. Michal participated in the club for ten weeks.

126.    During the class, several Teachers approached Michal and asked about what had led her to sign up for the class.  Michal disclosed that she suffered from clinical depression and sexual dysfunction. The Teachers described how OneTaste had changed their lives and helped

them be healthier, happier, and more connected to themselves and others. Gilbert told Michal that "quiet girls" like herself had the strongest orgasms, and Michal was hopeful that OneTaste would help her. Unbeknownst to Michal, the Teachers recorded this information and later manipulated into taking expensive program which were marketed as the cure for her problems.

127.    The Teachers failed to disclose to Michal that OneTaste and the Inner Circle that operated OneTaste engaged in wide-scale deception and manipulation; that OneTaste and the Inner Circle that operated OneTaste required Members to pay hundreds of thousands of dollars in tuition and fees; and OneTaste and Inner Circle that operated OneTaste coerced Members to perform extensive labor for the benefit of OneTaste and the Inner Circle.

128.    Michal also purchased and participated in a Course taught by Defendant Cherwitz that purportedly taught Members how to communicate in the "language of OM." The Course encouraged Members to center their lives around OneTaste to the exclusion of outsiders.

129.    By and through the design of OneTaste and the Inner Circle, Michal's family and previously-close friends were replaced by relationships with other Members of OneTaste.

130.    Brooke, a member of the Inner Circle, described to Michal how OM had changed her life. Michal began to confide her problems to Brooke, who persuaded Michal to purchase additional Courses to address them. Brooke later told Michal that she earned a commission on every Course that Michal purchased because she had recruited her into OneTaste.

131.    Just two weeks after Michal participated in her first Course, Cherwitz invited Michal to her home. Cherwitz had made an impression on Michal during the Course, and Michal accepted the invitation. When Michal arrived at Cherwitz's home, Cherwitz invited Michal downstairs to her bedroom. Cherwitz told Michal that she, like Michal, was Israeli, and used their shared experiences to establish a trusted relationship with Michal.

28

132.     Cherwitz described how Michal would benefit from the coaching program scheduled to be held at OneTaste's center in San Francisco in three months and pressured her to sign up for it. Michal, who lived New York, could not take time off from her job as a teacher's assistant to travel to San Francisco every month for six months. Nor could Michal afford the $12,000 program, and the cost of travel and accommodation on her salary. Cherwitz continued to persuade Michal to purchase the program, and Michal succumbed, and agreed to purchase the program scheduled to be held in New York later that year. Cherwitz rejected the idea and said "orgasm doesn't wait". Cherwitz shamed and humiliated Neira, stating that if her desire to participate in the earlier program in San Franciso was strong enough, she would find the funds and pressured Michal to put a $1,000 deposit on her credit card. Michal reiterated that she could not afford the program and would have to borrow money from her parents.

133.     To entice Michal to purchase the program on the spot, Cherwitz offered to reduce the price from $12,000 to $10,000. Cherwitz told Michal about a credit card that would enable Michal to finance the course interest free with no payments for the first year. Cherwitz provided Michal with her own computer and directly assisted Michal with applying for the credit card. Cherwitz assured Michal that she would be able to pay off the debt once Michal was certified as a coach and could charge clients for coaching services. Michal was approved for the credit card and purchased the coaching program.

134.     Cherwitz and the Inner Circle convinced Michal that she needed to become completely immersed in OneTaste to achieve her goals.  Within a month of attending her first class, Michal began to participate in morning practice at the OneTaste House in Brooklyn, and was required to OM and write fear inventories. Michal began to share her fear inventories with Teachers. The Teachers reported back to the leaders of OneTaste and members of the Inner Circle

29

about what Michal had told them about herself and the members of OneTaste and the Inner

Circle used that information to retain Michal as a Member. Michal moved into the OneTaste

house in Brooklyn in December 2014.

135.    OneTaste encouraged Members to have "unconditional sex," to would "free

themselves" from their inhibitions and problems. Because of these teachings, Michal felt forced

to have sexual encounters with men she was not interested in or attracted to. These sexual

encounters were often painful and without Michal's full consent. On one occasion, a sexual

partner, claiming to give Michal "body work" twisted her legs in a way that was painful. She was

too frightened to say no to him or report the incident to anyone else for fear of being shunned.

136.    The weekend that the coaching program began in San Francisco, Michal became

sick. When Michal told Cherwitz that her flight to San Francisco had been cancelled due to a

snowstorm, Cherwitz told Michal to take the next flight. Michal explained that all flights had

been cancelled because of the weather. Cherwitz shamed and humiliated Michal, and told Michal

that "her desire was not clear" and that the obstacles – her illness and the weather – were of her

own making.

137.    OneTaste and the Inner Circle often publicly, and sometimes brutally,

reprimanded the Members for perceived transgressions in a manner that often left Members

feeling shame and humiliation. These reprimands typically happened in front of the other

Members and the shame and humiliation were amplified because the other Members, having

been conditioned to do so, often joined in on the reprimands.

138.    On one occasion, Daedone berated Courtney, a Member, for expressing that she

was having problems in her relationship with Chris. Chris was a Teacher and had been involved

with the Organzaiton for many years. Daedone told Courtney that she was weak and was failing

to live up to Daedone's expectations. Courtney was silenced, and rendered unable to speak. Michal had worked closely with Courtney and observed that she was very committed to OneTaste. Michal was shocked that Courtney's mere expression of unhappiness had resulted in such a harsh reprimand and became afraid that if she failed to comply with the directives of the Inner Circle, she would suffer the same fate.

139.    On another occasion, Brooke expressed to Cherwitz that she was having difficulties. Brooke had spent thousands of dollars of her inheritance from her family on Courses for herself and her partner, Martinez, a Teacher that had been involved with OneTaste for many years. Cherwitz shamed and reprimanded Brooke, kicked her off the sales team and told her that she was not permitted to return to the OneTaste center.

140.    When Michal shared that her relationship with her family had become strained and she missed them, Cherwitz screamed at her and humiliated her in front of the entire sales team and threatened that if she didn't change her behavior she would have to leave OneTaste. Michal was embarrassed and horrified.

141.    During the coaching program, a Teacher told Members that selling Courses demonstrated commitment, and linked making big sales and having big orgasms. The Teachers also instructed Members on OneTaste's sales pitch, and sales techniques which included selling OM and OneTaste as the solution to any problem or vulnerabilities that prospective Members shared.

142.    Michal aspired to become a leader in OneTaste. The only pathway to become a leader was through sales, so, just three months after taking her first Course, Michal decided to quit her job as a teaching assistant to work as a full-time salesperson for OneTaste. Michal told members of the Inner Circle including Cherwitz about her decision to become a salesperson for

OneTaste and they supported her decision. However, once Michal had quit her job, Cherwitz told Michal that she would have to "prove herself" before she could be put on the payroll. Michal took a lower paying job as a barista in a Juice Bar located near the center. The proximity to the center enabled her to continue to participate in OM circles in the morning, work on sales, prepare the center for events and then go back to the OneTaste house to sleep. Michal worked from 7:30 a.m. to 9:30 p.m. 7 days a week selling Courses. She was exhausted and spending what little money she earned from her job as a barista on Courses. Michal was also required by OneTaste to participate in the "How to OM" classes and OM with male participants who had paid for the classes because there were insufficient female participants for them to OM with.

143.    Michal performed the labor and services because she believed, as OneTaste and Inner Circle clearly intended, that if she did not perform the labor and services and purchase courses, that she would be ostracized from OneTaste and the Members, which by then had become her entire life, and would endure psychological, financial and reputational harm and other harm.

144.    In sum, Michal performed such labor and services because she feared that if she did not, OneTaste and the Inner Circle would (a) publicly reprimand her, leaving her humiliated; (b) tell her that she could no longer serve as one of the Members and the other Members would not be permitted to have any communication with her, leaving her virtually wholly alone, without her support network, and without the ability to generate commissions from sales which would cause her a significant financial strain, (c) OneTaste might disseminate the sensitive information that she had shared with it over the years, including that she suffered from issues with intimacy and depression, which collectively and in isolation amounted to serious harm as defined in 18 U.S.C. § 1589(c)(2).

145.    Accordingly, as a result of the scheme, pattern and plan by OneTaste and the Inner Circle to use coercive and manipulative tactic the Members including Michal closely adhered to the rules prescribed by OneTaste and Inner Circle, slowly grew extremely dependent on OneTaste and performed the labor and services at the direction of OneTaste and Inner Circle.

146.    Defendants Daedone, Cherwitz and Hemsi should have known or recklessly disregarded that Michal performed the labor and services described herein and that she did so on account of the intentional scheme to use a plan pattern and scheme of manipulative and coercive tactics to make Michal believe that if she did not perform labor and services she would be subjected to serious harm, including as described above.

147.    OneTaste and the Inner Circle maintained control over the most personal and intimate details of the lives of the Members, including Michal. Maintaining this control was a means OneTaste used to ensure that the Members would adhere to its rules, including by performing the labor and services.

148.    Michal was introduced to Misha, another Member in OneTaste. Michal was not interested in a romantic relationship with Misha. Michal was pressured by Cherwitz to ask Misha to loan her money to pay the $5,500 tuition for a course called Magic School. Michal had been taught that in OneTaste, men paid for women to participate in Courses in exchange for spending time with them. In this way, Misha began a relationship with Michal, by paying for her to participate in Courses in exchange for spending time with him. Michal told Cherwitz and other Teachers that she was not attracted to Misha, they told her that her preferences were limiting her and she should do "aversion practice," which meant doing things she had an aversion to, to "expand her orgasm." Cherwitz told Michal that Daedone regularly did aversion practice. Michal wanted to follow Daedone's example and began to OM with men she was not attracted to.

OneTaste promoted Michal and Misha's relationship as an example of the relationships Members could have in OneTaste to entice Members to sign up for more courses, just as Cherwitz's relationship had been promoted to Michal.

149.    By and through the design of OneTaste and the Inner Circle, and only with the express approval of Daedone, Michal would later marry Misha.

150.    Daedone and Cherwitz orchestrated Michal's marriage to Misha in order to further isolate Michal from her family and friends outside OneTaste and to entrench her in OneTaste so that OneTaste could continue to benefit from her free labor. The marriage was also orchestrated to entrench Misha in OneTaste, so that OneTaste could continue to benefit from his paying for courses.

151.    On the last weekend of the coaching program, Yia Vang called Michal up on to the stage. When Michal got on the stage, Misha joined her and proposed to her. Michal was shocked and angry but the entire class began clapping and Michal said yes. Michal later learned that Misha had borrowed the ring from another Member to stage the proposal. Michal confided in Misha that she was upset. Daedone invited Michal and Misha to have dinner with her. The invitation made Michal feel like she had made it to the upper echelon of OneTaste.

152.    Michal moved into a staff OneTaste house in Gramercy, New York. Cherwitz threw out all of Michal's clothes and demanded that Michal replace them with short, tight, black dresses, from the same store that Cherwitz purchased her own clothing, and wear them to recruitment events to entice men to purchase Courses. Michal was pushed into further credit card debt to replace her clothing.

153.    For the following four months Michal ran recruitment events in New York to sell Courses to the public. She was only able to sell a few classes. She also continued to make sales

calls and set up the center for OM circles. Michal was also forced to pay to participate in expensive exercise classes with the sales team. Michal was not paid for any of this work and spent the meager commissions she made from sales on more Courses.

154.    Misha paid $4,500 for Michal to participate in Magic School, a program led by Daedone.

155.    During Magic School, Misha told Daedone in front of everyone that he was unfulfilled in his sexual relationship with Michal. Daedone encouraged Misha to have "practice sex" with other Members and Michal felt embarrassed and humiliated.

156.    Hemsi and Cherwitz persuaded Michal to pay $2,000 and Misha to pay $10,000 as a deposit for Michal to participate in the Nicole Daedone Intensive. The program cost $36,000. Cherwitz promised Michal and Misha that the intensive would make Michal a great saleswoman.

157.    Misha moved from San Francisco to live in New York with Michal, and they began leading recruitment events together. Around this time, Michal began having debilitating nightmares and panic attacks every day.

158.    Misha paid $3000 for Michal to participate in a Course in Los Angeles. At the end of the Course, partners were forced to demonstrate an OM in front of the other participants. Cherwitz praised Michal and Misha's performance, and OneTaste awarded them a free Course.

159.    Michal and Misha's relationship became strained. Using a script prepared by Teachers, Misha told Michal that he wanted to have sex with other women. Michal became increasingly upset and asked other Teachers including Cherwitz for help. Cherwitz told her that she was overreacting.

35

160.    While working at a Course in New York Michal became visibly depressed. Cherwitz threatened to kick her out if she couldn't control her emotional state. Later, Cherwitz told Michal to leave because her energy was "toxic." Cherwitz demanded that Michal go to an AA or NA meeting to deal with her "addiction" to the depressed state she was in, and instructed that she not talk to anyone including Misha. Cherwitz refused to allow Michal back to the event. Michal felt isolated and ostracized.

161.    Michal and Misha participated in the Nicole Daedone Intensive. During the Intensive, Michal and Misha shared that their relationship had become strained, and they were constantly arguing. Daedone told Michal and Misha that their fights were a sign that they were a "real couple."

162.    On the second last night of the intensive, there was a "rebirthing ritual" where Daedone instructed participants to get naked and stand in a circle. The participants were flogged with a lash, and Michal developed bruises.

163.    On the last day of the intensive, Michal and Misha were married. Daedone sat in the front row, Cherwitz walked Michal down the aisle, and Yia Vang, a Teacher, officiated.

164.    OneTaste began to sell a $50,500 membership, that guaranteed members quality time with Daedone and front row seats at classes she taught. Misha put down a $27,000 deposit for memberships for himself and Michal, hoping it would bring them closer to Daedone.

165.    Michal's nightmares and panic attacks grew worse, and her marriage with Misha had become strained.

166.    Eventually, Michal observed that Members were experiencing severe distress as a result of failing to achieve their goals despite depleting their savings and going into debt to purchase OneTaste courses and programs and started to become disillusioned with OneTaste.  As

a result of a combination of circumstances including.  Michal's strained relationship with Misha, her inability to live on the money she made selling OneTaste Courses, Michal was for the first time open to the idea of ending her affiliation with OneTaste and told the staff at the New York center and Cherwitz that she was leaving OneTaste.

167.    When Michal left OneTaste, the other Members ceased having contact with her and Michal was no longer permitted to sell Courses and earn commissions. As a result of Michal's leaving OneTaste, Michal lost virtually her entire income and her housing and returned home to live with her parents.

168.    Michal spent thousands of dollars on OneTaste and suffers from PTSD.

### Kara

169.    An individual recruited Plaintiff Kara to participate in a OneTaste event.

170.     When Kara was recruited, she was mourning the loss of her father, who had recently passed. Kara had also recently relocated to a new city, away from family and friends and was vulnerable.

171.    When Kara participated in her first event, Teachers asked her questions about her sex life and encouraged her to disclose her traumas. As a result of this coercion, Kara shared personal information about herself. Unbeknownst to Kara the Teachers recorded this information and later manipulate her into taking expensive Courses which were marketed as the cures for her problems.

172.    Kara participated in another event, where a Member pressured her to sign up for Courses offered by OneTaste.

173.    Kara paid $195 and participated in an Intro to OM class. An older male Member asked her to OM. Kara did not want to OM with him, but she felt pressured to do so, and she felt violated.

174.    Within days after Kara's first Class, a Teacher told Kara that she should participate in daily OM practice at the center and write a fear inventory that she would read to a Teacher. The Teacher assigned to Kara explained to Kara that a coach was an older Member who Kara would be able to talk with outside Class, one on one, about anything discussed in Class, and anything else.

175.    The assignment of a coach was a component of the recruitment process used by OneTaste, and all new Members were assigned coaches when they first started to participate in Classes led by OneTaste. Upon information and belief, Kara's coach reported back to the leaders of OneTaste and members of the Inner Circle, about what Kara had told the coach about herself and OneTaste and members of the Inner Circle deceptively used that information to retain Kara as a Member.

176.    At some point, Kara attended a talk led by Daedone. Daedone instructed women to have sex with a different man every day to empower themselves.

177.    Kara had been working as a photographer but was not able to earn a living wage. A Teacher told Kara that she could earn commissions from selling OneTaste Courses and by coaching clients on completion of the coaching program and pressured Kara to sign up for the coaching program. Kara paid the $11,000 tuition from her savings.

178.    During Courses and other events orchestrated by OneTaste, OneTaste and the Inner Circle used a classic combination of coercive and manipulative tactics to isolate Kara from

her family, friends and business colleagues, indoctrinate Kara in the protocols of OneTaste, and ultimately to wholly enmesh Kara's livelihood with that of OneTaste.

179.    By and through the design of OneTaste and the Inner Circle, Kara's family and previously-close friends were replaced by relationships with other Member s of OneTaste.

180.    Kara terminated her lease in Los Angeles and moved into the OneTaste house in Bernal Heights in San Francisco.

181.    For the following ten months, Kara shared the four-bedroom house with ten other Members, and occasionally, Members who had travelled to San Francisco to participate in immersion programs. Kara paid $800 a month to rent a bedroom that she shared with another Member. Kara was also required to share her bed with another Member. She did not have any privacy. Kara was afraid of everyone in the house, including the man she was forced to share a bed with. Kara was also required to enroll in the OneTaste meal program. All residents of the house including Kara were required to participate in group OMs every morning and evening. Kara was also required to participate in two hour long house meetings every week.

182.    OneTaste required Members residing in the OneTaste house to participate in a 12-step program, and Kara took part in Adult Children of Alcoholics or Dysfunctional Parents program despite never having alcoholic or dysfunctional parents to satisfy this requirement. Kara wrote fear inventories detailing how she had hurt family members and friends and began to believe that she was a bad person, and that only OneTaste could offer the solution to her problems.

183.    Kara participated in the coaching program which was held once a month over six months.

184.     Kara paid $1,200 to participate in a coaching circle and be coached by Daedone. Kara told Daedone that she wanted to be a photographer and Daedone encouraged Kara to continue her membership in OneTaste and purchase more OneTaste courses to find her purpose.

185.     Kara purchased a membership. Cherwitz and other members of the Inner Circle coached Kara during her membership in OneTaste.

186.     Kara observed numerous instances of Members being shamed, humiliated and reprimanded by Daedone, Cherwitz and Hemsi.

187.     Cherwitz and Hemsi shamed, humiliated and reprimanded Ali Wahl, a Member who had been involved in OneTaste for many years. Cherwitz and Hemsi disclosed the private information that Wahl had confided to her coaches, and criticized her failings at work and in her relationships in front of other Members and Teachers during Courses and Daedone's presentations at workshops. Wahl would break down crying.

188.     Daedone, Cherwitz and Hemsi also shamed, humiliated and reprimanded Members Sharmil and Ian. The couple had used their entire savings to start a OneTaste center in Portland that ultimately failed to generate revenue.

189.     Daedone, Cherwitz and Hemsi also shamed, humiliated and reprimanded salespeople who had not met their sales targets and Members that expressed doubts about the content of the coaching program.

190.     The pressure to comply with the demands of OneTaste and the Inner Circle was intense, and Kara was afraid that she would be shamed, humiliated or reprimanded for noncompliance.

191.     Members of the Inner Circle, Teachers and other Members also shamed, humiliated and reprimanded Members that stopped paying to participate in events, Courses and

Programs or performing labor and services for OneTaste. When Kara stopped actively participating in OneTaste prior to her escape from OneTaste, Members chastised her.

192.    Kara also feared that if she was forced to leave OneTaste, she would lose the ability to earn commissions and coaching fees that she had spent her entire savings to achieve, her housing, and that she would be isolated and ostracized and lose the relationships she had with other Members and Teachers in OneTaste.  Kara was also afraid that the Teachers that she had confided in would disclose her private information.

193.    Kara was pressured to participate in every OneTaste class or program and was required to sell them to other people. OneTaste also held special dinners for Members, during which OneTaste staff would promote and sell the OneTaste membership and programs. Kara was also required by OneTaste to participate in the "How to OM" classes and OM with male participants who had paid to participate in because there were insufficient female participants for them to OM with.

194.    Kara performed the labor and services because she believed, as OneTaste and Inner Circle clearly intended, that if she did not perform the labor and services and purchase courses, that she would be ostracized from OneTaste and the Members, which by then had become her entire life, and would endure psychological, financial and reputational harm and other harm.

195.    In sum, Kara performed such labor and services because she feared that if she did not, OneTaste and the Inner Circle would (a) publicly reprimand her, leaving her humiliated; (b) tell her that she could no longer serve as one of the Members and the other Members would not be permitted to have any communication with her, leaving her virtually wholly alone, without her support network, and without the ability to generate commissions from sales which would

41

cause her a significant financial strain, (c) OneTaste might disseminate the sensitive information that she had shared with it over the years, including the fear inventories, which collectively and in isolation amounted to serious harm as defined in 18 U.S.C. §1589(c)(2).

196.    Accordingly, as a result of the scheme, pattern and plan by OneTaste and the Inner Circle to use coercive and manipulative tactics the Members including Kara closely adhered to the rules prescribed by OneTaste and Inner Circle, slowly grew extremely dependent on OneTaste and performed the labor and services at the direction of OneTaste and Inner Circle.

197.    The Defendants Daedone, Cherwitz and Hemsi should have known or recklessly disregarded that Kara performance the labor and services described herein and that she did so on account of the intentional scheme to use a plan pattern and scheme of manipulative and coercive tactics to make Michal believe that if she did not perform labor and services she would be subjected to serious hard, including as described above.

198.    Kara participated in "Magic School", a five day long program. Participants were required to masturbate with a partner in a dark room. Kara did not want to partner with the man who approached her but there was intense pressure to participate and Kara believed that she would have been publicly reprimanded if she refused to consent.

199.    During Magic School Kara and other participants were forced to hug Hemsi while Hemsi was naked and wearing a mask. Cherwitz, Hemsi, and other Teachers pressured Kara and other participants to get up on tables and OM in front of the others to "free them" from insecurity.

200.    OneTaste condoned predatory behavior. Kara paid for and participated in a five day Course, led by Cherwitz and Hemsi. Participants were required to confess their deepest secrets, including sexual deviance, suicidal ideations, and predatory behavior.  Participants were

also required to get naked and stand on the stage in front of everyone. When members demurred, Cherwitz and Hemsi verbally abused them and told them that they had failed the program, so Kara complied. For example, when Kara said she did not want to OM with older men that she was not attracted to, she was told she needed to "broaden her orgasm."

201.    By this point, Kara had spent thousands of dollars on OneTaste and depleted her savings. OneTaste executives instructed women to ask men to pay the tuition for them to participate in OneTaste events, classes and programs in exchange for sex. Desperate to continue courses, Kara had sex with another Member in the hopes that he would pay for her to participate.

202.    OneTaste told participants that if they completed the coaching program and the coaching hours requirement they could be paid to coach clients.

203.    To meet her coaching goals Kara was forced to promote OneTaste. Kara invited people to purchase OneTaste events, classes and programs, promoted OneTaste programs, wrote a social media post about what "inspired" her to OM, and wrote positive reviews about OneTaste on Yelp. Kara was encouraged to wear revealing clothing and post photographs of herself online to boost participant numbers and sales at events.

204.    Additionally, OneTaste higher ups continually engaged with participants on WhatsApp and text threads to surveil and remain in contact with participants and make sure they were indoctrinated. Over several months, Kara wrote and read her fear inventories to a staff member who reported back to OneTaste leaders.

205.    During a Mastery course in Los Angeles, Kara and other participants were forced to participate in sadomasochistic sex acts in front of everyone. Defendant Cherwitz and OneTaste Teachers used the fears that had been recorded by participants in their fear inventories and verbal abuse to manipulate the Members into taking part.

206.    After the coaching program ended, OneTaste leaders and Teachers required Members to sell OneTaste Courses to everyone they knew including family and friends. Kara aspired to be paid to photograph Daedone or be employed as a photographer for OneTaste. However, as illustrated by Cherwitz during the coaching program, the only way to make money in OneTaste was to learn where potential recruits were vulnerable, and then sell them the solution: OneTaste.

207.    Kara was in debt and depressed. Cherwitz signed her up for a two Nicole Daedone Intensives, that cost $18,000 and $22,000.

208.    ,. During a course in New York, led by Cherwitz, Cherwitz berated Kara and other participants for not selling memberships.

209.    Eventually, Kara observed that Members were experiencing severe distress as a result of failing to achieve their goals despite depleting their savings and going into debt to purchase OneTaste courses and programs.  Kara left OneTaste.

210.    Kara spent tens of thousands of dollars on OneTaste and was diagnosed with PTSD.

### Mark Gottlieb

211.    An individual recruited Plaintiff Gottlieb to participate in a Course.

212.    When Gottlieb was recruited, he was in a 12-step program for people with emotional dependence issues.

213.    The individual failed to disclose to Gottlieb that OneTaste and the Inner Circle that operated OneTaste engaged in wide-scale deception and manipulation; that OneTaste and the Inner Circle that operated OneTaste required Members to pay hundreds of thousands of dollars in

tuition and fees; and OneTaste and the Inner Circle that operated OneTaste coerced Members to perform extensive labor for the benefit of the OneTaste and the Inner Circle.

214.    Gottlieb paid for and participated in Courses. OneTaste Teachers pressured him to become more involved in OneTaste.

215.    Prior to participating in his first OneTaste Course, another individual called Gottlieb and introduced himself as Gottlieb's "coach." The coach assigned to Gottlieb's explained to Gottlieb's that a coach was a more senior Member of OneTaste who Gottlieb would be able to talk with outside Courses, one on one, about anything discussed in Courses, the readings the Members would be doing, and anything else.

216.    The assignment of a coach was a component of the recruitment process used by OneTaste, and all new Members were assigned "coaches" when they first started to participate in Courses led by OneTaste. Gottlieb's coach reported back to the leaders of OneTaste and members of the Inner Circle, about what Gottlieb had told the coach about himself and OneTaste and members of the Inner Circle deceptively used that information to retain Gottlieb as a Member.

217.    By and through the design of OneTaste and the Inner Circle, Gottlieb's family and previously-close friends were replaced by relationships with other Members of OneTaste.

218.    Gottlieb moved into the OneTaste house at 1080 Folsom Street in San Francisco. He continued to pay to participate in numerous OneTaste Courses.

219.    During Courses and other events orchestrated by OneTaste, OneTaste and the Inner Circle used a classic combination of coercive and manipulative tactics to isolate Gottlieb from his family, and friends, indoctrinate Gottlieb in the protocols of OneTaste, and ultimately to wholly enmesh Gottlieb's livelihood with that of OneTaste.

220.    To incentivize Gottleib to purchase the Coaching Program, OneTaste reduced the price from $12,000 to $10,000 for Members that paid in full. Gottlieb paid $10,000 and participated in the Coaching Program.

221.    OneTaste appointed Gottlieb as its "Scientific Officer." His job description was to generate "science-backed" research on the effects of OM. Gottlieb reviewed medical research papers forty hours per week over ten weeks. He also reviewed articles for OneTaste's newsletters. Gottlieb was not paid for this work.

222.    Gottlieb paid for and participated in numerous Courses. Gottlieb assisted Teachers during Coaching Programs and evaluated OneTaste's OM survey results for twenty hours per weekend over six weekends. OneTaste did not pay Gottlieb for his services.

223.    Gottlieb performed the labor and services – not only without compensation but with his paying more than $30,000 to OneTaste and Inner Circle – because he believed, as OneTaste and the Inner Circle clearly intended, that if he did not perform that labor and services and make payments, he would be ostracized from OneTaste and the Members, which by then had become his entire life, and would endure psychological, financial, and reputational harm and other harm. In addition, among the reasons that Gottlieb continued as a Member at OneTaste and performed the labor and services at the direction of OneTaste was Gottlieb's fear that if he left OneTaste (i) OneTaste would terminate their business relationship and Gottlieb would lose his principal source of income, and (ii) OneTaste would publicly denigrate Gottlieb's reputation and disseminate private and sensitive information that it has obtained from Gottlieb.

224.    In sum, Gottlieb performed such labor and services because he feared that if he did not, OneTaste and the Inner Circle would (a) publicly reprimand him, leaving him humiliated; (b) tell him to he could no longer serve as one of the Members and the other

46

Members would not be permitted to have any communication with him, leaving him rudderless, virtually alone, without his support network, and without employment (which would cause him a significant financial strain), and (c) OneTaste might disseminate the sensitive information that he had shared with it over the years, which collectively and in isolation amounted to serious harm as defined in 18 U.S.C. § 1589(c)(2).

225.    Accordingly, as a result of the scheme, pattern and plan by OneTaste and the Inner Circle to use coercive and manipulative tactics, the Members, including Gottlieb, closely adhered to the rules prescribed by OneTaste and the Inner Circle, slowly grew extremely dependent on OneTaste, and performed the following labor and services, all at the direction of OneTaste and the Inner Circle.

226.    The Defendants Daedone, Cherwitz and Hemsi knew, should have known or recklessly disregarded that Gottlieb performed the labor and services described below and that he did so on account of the intentional scheme to use a pattern, plan and scheme of manipulative and coercive tactics to make Gottlieb believe that if he did not perform the labor and services, he would be subjected to serious harm, including as described above.

227.    Gottlieb continued to research the effects of OM and concluded that it could be physically and mentally unsafe: it exposed Members to STIs and retraumatized Members with a history of trauma. Members also began to report that they were experiencing negative effects (anxiety, depression, insomnia) from OM. Five months later, Gottlieb reported his findings to OneTaste and the Inner Circle including Daedone, and recommended that OneTaste should disclose the risks of OM to Members. Daedone immediately removed Gottlieb from the role of Scientific Officer.

228.    Gottlieb created and served as an administrator for a page on Facebook to protest OneTaste's policies and practices. When Daedone, Cherwitz, and Hemsi learned about the page, they were furious.  They attacked the content of the page and the credibility of the authors.

229.    OneTaste introduced "Male OM", during which a woman manually stimulated her male partner's penis. While Gottlieb lived in the OneTaste house at Folsom Street, Defendants Hemsi and another member of the Inner Circle, entered his room unannounced and performed oral sex on him on numerous occasions. Gottlieb was coerced into engaging in these sex acts.

230.    Gottlieb observed that Members were contracting sexually transmitted infections.

231.    Gottlieb lived in the OneTaste house on Folsom Street for five months. Gottlieb continued to work for OneTaste without pay, including by cleaning and cooking for the residents of the OneTaste house.

232.    Gottlieb lived in the OneTaste house in Berkeley for two years and two months. Gottlieb continued to work for OneTaste without pay, including by cooking for the residents of the OneTaste house.

233.    Eventually, Gottlieb observed that Members were experiencing severe distress as a result of failing to achieve their goals despite depleting their savings and going into debt to purchase OneTaste courses and programs, and escaped from OneTaste.

234.    Gottlieb spent thousands of dollars on OneTaste Courses, depleted his life savings and retirement funds, and suffers from PTSD.

### The Existence of a Conspiracy and the Continuing Course of Conduct

235.    Upon information and belief, the defendants Daedone, Cherwitz and Hemsi, together with other members of the Inner Circle, agreed to commit the forced labor scheme described in detail above.

236.    Defendants Daedone, Cherwitz and Hemsi, together with other members of the Inner Circle, regularly met to discuss the objectives of OneTaste, the methods used by OneTaste, including the manipulative and coercive techniques described herein, and the scheme to obtain the labor and services described herein.

237.    The agreement by defendants Daedone, Cherwitz and Hemsi, together with other members of the Inner Circle, to obtain labor and services from Plaintiffs through the manipulative and coercive techniques described herein continued from the time the Plaintiffs became Members of OneTaste through their escape from OneTaste.

238.    Defendants Daedone, Cherwitz and Hemsi, together with other members of the Inner Circle, agreed to obtain labor and services from Members other than Plaintiffs through the manipulative and coercive techniques described herein until Daedone sold her shares in OneTaste Inc. in 2017 and thereafter.

239.    Until Plaintiffs left OneTaste Defendants Daedone, Cherwitz and Hemsi, and OneTaste Inc., intended to use the manipulative and coercive techniques described herein to cause Plaintiffs to continue providing labor and services and attempted to use the manipulative and coercive techniques described herein to cause Plaintiffs to continue providing labor and services.

240.    Daedone remains strongly associated with OneTaste's brand, even post indictment. As of September 13, 2023, OneTaste Inc.' website's homepage presents a video of a speech given by Daedone in which she "shares her experience of the past few years of living through negative media and the fast growing science on [orgasmic meditation] and release of upcoming books."[6]

---

[6] https://onetaste.us

241.    OneTaste has continued to operate, including under the name the Institute of OM, as well as through its affiliates. Daedone and the OneTaste brand are likewise valuable to the Institute of OM, as reflected on their website, which links to the sale pages for Daedone's book, Slow Sex.[7] Defendant Anjuli Ayer, one of the owners of OneTaste, the Institute of OM LLC (the "Institute of OM") (that operates the Eros Platform website that continues to offer Courses and advertise events under the OneTaste brand), and the Land (a retreat center that, among other things, offers programming relating to orgasmic meditation), has stated in public interviews that the criminal case "is not Nicole [Daedone] and Rachel [Cherwitz] indicted, this is Eros [a term used to encompass OneTaste and the Institute of OM] indicted."[8]

242.    Only after Defendants Daedone and Cherwitz were indicted and arrested, and seeing that there were no reports of additional retaliatory actions by the Defendants, did Plaintiffs feel safe enough to take legal action through the instant lawsuit.

## CLAIMS FOR RELIEF

## COUNT ONE

### Forced Labor in Violation of 18 U.S.C. §§1589
### (All Plaintiffs against Defendants OneTaste Inc., Daedone, Cherwitz and Hemsi)

243.    Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 242, as though fully set forth herein.

244.    Defendants knowingly provided or obtained, plaintiffs' labor or services by means of (a) serious harm or threats of serious harm to Plaintiffs or others; or (b) a scheme, plan, or pattern intended to cause Plaintiffs to believe that if they did not perform labor or services for

---

[7] Insituteofom.com.
[8] See James, Emma "Boss of 'orgasm cult' OneTaste, Anjuli Ayer, denies it forced members into sex acts and kept women in residential warehouses Daily Mail, available at https://www.dailymail.co.uk/news/article-12366259/OneTaste-CEO-outlandish-sex-cult-false-fought-worker-NDA-court.html.

Defendants, that they or others would suffer serious harm in violation of 18 U.S.C. §1589(a)(2) and (4).

245.    The Defendants knowingly benefitted, financially or by receiving anything of value, from participation in a venture which had engaged in the providing or obtaining of labor or services by any of the following means (a) by means of serious harm or threats of serious harm to Plaintiffs or another person; or (b) by means of any scheme, plan, or pattern intended to cause Plaintiffs to believe that, if Plaintiffs did not perform such labor or services, Plaintiffs or another person would suffer serious harm, knowing or in reckless disregard of the fact that the venture had engaged in the providing or obtaining of labor or services by any of such means in violation of 18 U.S.C. §1589(b).

246.    The Defendants committed the conduct alleged in the preceding two paragraphs or knowingly benefitted, financially or by receiving anything of value from participation in a venture which the Defendants knew or should have known had engaged in one or more acts described in the preceding two paragraphs.

247.    By reason of the foregoing, the Defendants are liable for economic damages, pain and suffering, punitive damages and attorneys' fees.

## COUNT TWO

**Conspiracy/Attempt to Obtain Forced Labor in Violation of
18 U.S.C. §§1589 and 1594(a) and (b)
<u>(All Plaintiffs against Defendants OneTaste Inc., Daedone, Cherwitz and Hemsi)</u>**

248.    Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 242, as though fully set forth herein.

249.    The Defendants knowingly attempted to, or conspired to, provide or obtain the labor or services of Plaintiffs by one of, or by any combination of, the following means: (a) by

means of serious harm or threats of serious harm to Plaintiffs or another person; or (b) by means of any scheme, plan, or pattern intended to cause Plaintiffs to believe that, if Plaintiffs did not perform such labor or services, Plaintiffs or another person would suffer serious harm in violation of 18 U.S.C. §1589, as alleged herein, thereby violating 18 USC 1594(a) and (b).

250.    The Defendants knowingly attempted to, or conspired to, benefit, financially or by receiving anything of value, from participation in a venture which had engaged and would engage in the providing or obtaining of labor or services by any of the following means (a) by means of serious harm or threats of serious harm to Plaintiffs or another person; or (b) by means of any scheme, plan, or pattern intended to cause Plaintiffs to believe that, if Plaintiffs did not perform such labor or services, Plaintiffs or another person would suffer serious harm, knowing or in reckless disregard of the fact that the venture had engaged, and would engage, in the providing or obtaining of labor or services by any of such means.

251.    The Defendants committed the conduct alleged in the preceding two paragraphs or knowingly benefitted, financially or by receiving anything of value from participation in a venture which the Defendants knew or should have known had engaged in one or more acts described in the preceding two paragraphs.

252.    Defendants intentionally entered into an agreement.

253.    At least one Defendant committed at least one overt act in furtherance of their conspiracy.

254.    By reason of the foregoing, the Defendants are liable for economic damages, pain and suffering, punitive damages and attorneys' fees.

## COUNT THREE

### Trafficking with Respect to Forced Labor in Violation of 18 U.S.C. §§1590
### (All Plaintiffs against Defendants OneTaste Inc., Daedone, Cherwitz and Hemsi)

255.    Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 242, as though fully set forth herein.

256.    Defendants knowingly recruited, harbored, transported, provided, or obtained Plaintiffs for labor or services in violation of 18 U.S.C. §1589, as alleged herein, thereby violating 18 U.S.C. §1590.

257.    The Defendants committed the conduct alleged in the preceding paragraph or knowingly benefitted, financially or by receiving anything of value from participation in a venture which the Defendants knew or should have known had engaged in one or more acts described in the preceding paragraph.

258.    By reason of the foregoing, the Defendants are liable for economic damages, pain and suffering, punitive damages and attorneys' fees.

## COUNT FOUR

### Conspiracy/Attempt to Traffic with Respect to Forced Labor in Violation
### of 18 U.S.C. §§1590 and 1594(a) and (b)
### (All Plaintiffs against Defendants OneTaste Inc., Daedone, Cherwitz and Hemsi)

259.    Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 242, as though fully set forth herein.

260.    The Defendants knowingly attempted to, or conspired to, recruit, harbor, transport, provide, or obtain by any means, Plaintiffs for labor or services, as described in herein, in violation of 18 U.S.C. §1589 as alleged herein and thereby violating 18 U.S.C. §1590 and 18 U.S.C. §1594(a) and (b).

261.    The Defendants committed the conduct alleged in the preceding paragraph or knowingly benefitted, financially or by receiving anything of value from participation in a venture which the Defendants knew or should have known had engaged in one or more acts described in the preceding paragraph.

262.    Defendants intentionally entered into an agreement to (or to attempt to) recruit, harbor, transport, provide, or obtain Plaintiffs for labor or services in violation of 18 U.S.C. §1590, as alleged herein.

263.    At least one Defendant committed at least one overt act in furtherance of their conspiracy.

264.    By reason of the foregoing, the Defendants are liable for economic damages, pain and suffering, punitive damages and attorneys' fees.

## COUNT FIVE

### Sex Trafficking by Force, Fraud, Or Coercion In Violation Of 18 U.S.C. §§1591
### (Plaintiffs Doe, Michal and Kara against
### Defendants OneTaste Inc., Daedone, Cherwitz and Hemsi)

265.    Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 242, as though fully set forth herein.

266.    Defendants affecting interstate or foreign commerce, and within the territorial jurisdiction of the United States, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, or solicited Plaintiffs knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, or coercion would be used to cause the person to engage in a commercial sex act in violation of 18 U.S.C. § 1591(a)(1).

267.    Defendants knowingly benefitted, financially or by receiving anything of value from participation in a venture which Defendants knew or should have known had, in or

affecting interstate commerce and within the territorial jurisdiction of the United States, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, or solicited Plaintiffs knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, or coercion would be used to cause the person to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(2).

268.    The Defendants committed the conduct alleged in the preceding two paragraphs or knowingly benefitted, financially or by receiving anything of value from participation in a venture which the Defendants knew or should have known had engaged in one or more acts described in the preceding two paragraphs.

269.    By reason of the foregoing, the Defendants are liable for economic damages, pain and suffering, punitive damages and attorneys' fees.

## COUNT SIX

**Attempt/Conspiracy to commit Sex Trafficking by Force, Fraud, Or Coercion in Violation of the TVPRA, 18 U.S.C. §§1591 and 1594(a) and (c) (Plaintiffs Doe, Michal and <u>Kara against Defendants OneTaste Inc., Daedone, Cherwitz and Hemsi)</u>**

270.    Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 242, as though fully set forth herein.

271.    Defendants attempted to, or conspired to, affecting interstate or foreign commerce, and within the territorial jurisdiction of the United States, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, or solicit Plaintiffs knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, or coercion would be used to cause the person to engage in a commercial sex act in violation of 18 U.S.C. § 1591(a)(1) and thereby in violation of 18 USC 1594(a) and (c).

272.    Defendants knowingly attempted to, or conspired to, benefit, financially or by receiving anything of value from participation in a venture which Defendants knew or should have known had, in or affecting interstate commerce and within the territorial jurisdiction of the United States, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, or solicited Plaintiffs knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, or coercion would be used to cause the person to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(2) and therefore in violation of 18 USC 1594(a) and (c).

273.    The Defendants committed the conduct alleged in the preceding two paragraphs or knowingly benefitted, financially or by receiving anything of value from participation in a venture which the Defendants knew or should have known had engaged in one or more acts described in the preceding two paragraphs.

274.    By reason of the foregoing, the Defendants are liable for economic damages, pain and suffering, punitive damages and attorneys' fees.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that the Court:

1. Find the Defendants liable on all Counts of the Complaint applicable to them and that judgment be entered in favor of Plaintiffs and against Defendants, jointly and severally, on all Counts;

2. Award Plaintiffs compensatory damages in amounts to be ascertained at trial;

3. Award Plaintiffs punitive damages in amounts to be ascertained at trial;

4. Award Plaintiffs attorneys' fees and costs of suit; and

5. Award such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of all

issues so triable.

Date:  June 21, 2024                                        /s/ Zahra R. Dean
                                                           Zahra R. Dean
                                                           KOHN, SWIFT & GRAF, P.C.
                                                           1600 Market Street, Suite 2500
                                                           Philadelphia, PA 19103
                                                           (215) 238-1700