# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500

PHILADELPHIA, PENNSYLVANIA 19103-7225

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LaROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ‡
ELIAS A. KOHN

† ALSO ADMITTED IN NEW YORK
‡ ONLY ADMITTED IN NEW YORK

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Sender's E-mail: zdean@kohnswift.com

June 9, 2025

**VIA ECF**

The Honorable Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Jane Doe, et al. v. Nicole Daedone, et al.* No. 1:24-cv-4434

Dear Judge Marutollo:

  On June 4, 2025, the Court directed the parties to file a joint status report by June 9, 2025. In accordance with the Court's order, we write to inform you that the jury rendered a verdict of guilty against Defendants Daedone and Cherwitz on Jun 9, 2025.

  18 U.S.C. § 1595(b)(1) provides that "[a]ny civil action filed under subsection (a) shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is a victim," and 18 U.S.C. § 1595(b)(2) provides that a criminal action remains pending "until final adjudication in the trial court." *Lunkes v. Yannai,* 882 F.Supp.2d 545 (2012) held that final adjudication refers to sentencing and entry of judgment. Plaintiffs will move to lift the stay one business day after the date of the sentencing in the trial court for the last defendant in *USA v. Cherwitz et al,* No. 1:23-cr-146.

                    Respectfully submitted,

                     *Zahra R. Dean*

                     Zahra R. Dean

ZRD/yr