# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500

PHILADELPHIA, PENNSYLVANIA 19103-7225

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LaROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ‡
ELIAS A. KOHN

† ALSO ADMITTED IN NEW YORK
‡ ONLY ADMITTED IN NEW YORK

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Sender's E-mail: zdean@kohnswift.com

September 25, 2025

**VIA ECF**

The Honorable Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Jane Doe, et al. v. Nicole Daedone, et al.* **No. 1:24-cv-4434**

Dear Judge Eichenholtz:

On June 11, 2025, the Court directed the parties to file a joint status report by September 27, 2025. In accordance with the Court's order, we write to inform you that the sentencing hearings in the criminal case previously scheduled for September 25, 2025, and September 26, 2025, have been adjourned and a new date for sentencing has not been set by the court. The court directed the Defendants and the Government to file their sentencing memoranda on October 29, 2025, and November 5, 2025, respectively. Plaintiffs will move to lift the stay after the date of the sentencing in the trial court for the last defendant in *USA v. Cherwitz et al.,* No. 1:23-cr-146.

Respectfully submitted,

*/s/ Zahra R. Dean*

Zahra R. Dean

ZRD/yr

{00261658 }