# UNITED STATES DISTRICT COURT
for the

Eastern District Court of New York

| | | |
|---|---|---|
| Jane Doe, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-4434 |
| Nicole Daedone, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 10/23/25

/s/ Aarthi Manohar
*Attorney's signature*

Aarthi Manohar (pro hac vice)
*Printed name and bar number*

Kohn, Swift & Graf, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
*Address*

amanohar@kohnswift.com
*E-mail address*

(215) 238-1700
*Telephone number*

(215) 238-1968
*FAX number*