**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JANE DOE, MICHAL DOE, KARA DOE AND MARK GOTTLIEB,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLE DAEDONE, RACHEL CHERWITZ, RACHAEL HEMSI, ANJULI AYER, AUSTIN AYER, AMANDA DUNHAM and ONETASTE, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO.: 1:24-cv-4434-NGG-SDE |

**UNOPPOSED MOTION TO WITHDRAW**
**APPEARANCE OF ZAHRA R. DEAN**

Pursuant to Local Civil Rule 1.4, I, Zahra R. Dean, respectfully request leave to withdraw as counsel of record for Plaintiffs in the above-captioned action and direct the Clerk to terminate my ECF Noticing. Effective October 26, 2026, I will no longer be employed at Kohn Swift & Graf P.C.

Kohn, Swift & Graf, P.C. will continue to represent Plaintiffs. Plaintiffs have been informed of my departure and of this request and do not object.

Defendants' counsel has advised that Defendants consent to this request.

Requests for discovery have been served by the Parties. No pre-trial or trial dates have been set. My withdrawal will not affect any pending deadline or scheduled proceeding.

I am not asserting a retaining or charging lien in connection with this request.

Date: October 26, 2026

Zahra R. Dean

______________________________

Zahra R. Dean
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
zdean@kohnswift.com

*Attorney for Plaintiffs*